UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAYNE JACKSON, ) | |
| ) | Case No. FILED: APRIL 7, 2008 |
| Plaintiff, ) | 08CV 1958    NF |
| ) | Judge JUDGE CONLON |
| v. ) | Magistrate Judge MAGISTRATE JUDGE COLE |
| ) | |
| P.O. JOE DORTHA PARKER #17669, ) | |
| individually, ) | Jury Demand |
| ) | |
| Defendants. ) | |

### COMPLAINT

Now comes, the Plaintiff, Wayne Jackson, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendant, P.O. Joe Dortha Parker #17669, individually, as follows:

### COUNT I - FALSE ARREST

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff accomplished by acts and/or omissions of the Defendant committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3. The Plaintiff, Wayne Jackson, at all relevant times, was a United States citizen and permanent resident of the State of Illinois.

4. The Defendant, P.O. Joe Dortha Parker, was at all relevant times a duly appointed police officer of the City of Chicago and at all relevant times was acting within his scope of employment and under color of law.

5. On or about May 10, 2006, the Plaintiff was driving his vehicle in the vicinity of the 3100 block of South Lake Shore Drive in the City of Chicago, Illinois.

6. The Plaintiff was not committing a crime or breaking any laws.

7. The Defendant stopped the Plaintiff and asked him for his driver's license and insurance.

8. The Plaintiff complied.

9. The Plaintiff asked why he was being stopped.

10. The Defendants did not have probable cause to stop the Plaintiff.

11. The Defendant then asked the Plaintiff to participate in a field sobriety test, which he did and passed.

12. The Plaintiff again asked the Defendant why he had to do these tests.

13. The Defendant arrested the Plaintiff.

14. The Plaintiff Wayne Jackson also passed the breathalyzer test.

15. Despite no probable cause or evidence of any impairment the defendant charges and arrested the plaintiff for driving under the influence (DUI).

16. Said action of Defendant, P. O. Joe Dortha Parker, was intentional, willful and wanton.

17. Said actions of the Defendant, P. O. Joe Dortha Parker, violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

18. As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff Wayne Jackson, suffered violations of his constitutional rights, monetary expense, fear, emotional distress, and pain and suffering.

WHEREFORE, the Plaintiff, Wayne Jackson, prays for judgment against the Defendant, P.O. Joe Dortha Parker #17669, , in an amount in excess of One Hundred Thousand Dollars ($100,000.00) in compensatory damages and Fifty Thousand Dollars ($50,000.00) in punitive

damages, in addition to attorney's fees and costs.

### JURY DEMAND

The Plaintiff, Wayne Jackson, requests a trial by jury.

Respectfully submitted,

By: /s/Gregory E. Kulis_____
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
312-580-1830