# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1958 | **DATE** | 4/14/2008 |
| **CASE TITLE** | WAYNE JACKSON vs. JOE DORTHA PARKER | | |

**DOCKET ENTRY TEXT**

This order is entered to clarify the docket. Attorney appearances for plaintiff, document number 3-7 and document number 9 were erroneously filed. The clerk is directed to remove documents 3-7 and document 9 from the court's docket and replace text with "Document Entered in Error". Counsel for plaintiff will correctly re-file the attorney appearance forms for Gregory Kulis, Shehnaz Mansuri, Ronak Patel, Kathleen Ropka and David Lipschultz, using each attorney's own e-filing account. If assistance is needed, please call the CM/ECF Help Desk at telephone number (312) 846-8727.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|