# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1958 | **DATE** | 5/6/2008 |
| **CASE TITLE** | WAYNE JACKSON vs. JOE DORTHA PARKER | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to June 17, 2008 at 9:00 a.m. Plaintiff shall notify defendant of status hearing date and time.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01958   Document 17   Filed 05/06/2008   Page 1 of 1

08C1958 WAYNE JACKSON vs. JOE DORTHA PARKER                    Page 1 of 1