## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE JACKSON, | ) | |
| | ) | **Case No. 08 C 1958** |
| **Plaintiff,** | ) | |
| | ) | **Judge Conlon** |
| v. | ) | |
| | ) | **Magistrate Judge Cole** |
| P.O. JOE DORTHA PARKER #17669, | ) | |
| individually, | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT PARKER'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT

Defendant, Joe Parker ("Defendant"), by and through one of his attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, hereby submits the following Answer, Defenses and Jury Demand to Plaintiff's Complaint:

### COUNT I - FALSE ARREST

1.      This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. § 1983 and § 1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff accomplished by acts and/or omissions of the Defendant committed under color of law.

**ANSWER:**      Defendant admits this action is brought pursuant to 42 U.S.C. Sec. 1983. Defendant further admits his actions were under color of law.  Defendant denies the remaining allegations in paragraph 1.

2.      Jurisdiction is based on Title 28 U.S.C. § 1343 and § 1331.

**ANSWER:**      Defendant admits that jurisdiction is proper in this Court.

3.      The Plaintiff, Wayne Jackson, at all relevant times, was a United States citizen and permanent resident of the State of Illinois

**ANSWER:**      Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4.      The Defendant, P. O. Joe Dortha Parker, was at all relevant times a duly appointed police officer of the City of Chicago and at all relevant times was acting within his scope of employment and under color of law.

**ANSWER:**      Defendant admits the allegations contained in paragraph 4 but denies any wrongful or illegal conduct.

5.      On or about May 10, 2006, the Plaintiff was driving his vehicle in the vicinity of the 3100 block of South Lake Shore Drive in the City of Chicago, Illinois.

**ANSWER:**      Defendant admits the allegations contained in paragraph 5.

6.      The Plaintiff was not committing a crime or breaking any laws.

**ANSWER:**      Defendant denies the allegations contained in paragraph 6.

7.      The Defendant stopped the Plaintiff and asked him for his driver's license and insurance.

**ANSWER:**      Defendant admits the allegations contained in paragraph 7.

8.      The Plaintiff complied.

**ANSWER:**      Defendant admits the allegations contained in paragraph 8.

9.      The Plaintiff asked why he was being stopped.

**ANSWER:**      Defendant denies the allegations contained in paragraph 9.

10.      The Defendants did not have probable cause to stop the Plaintiff.

**ANSWER:**      Defendant denies the allegations contained in paragraph 10.

11.      The Defendant then asked the Plaintiff to participate in a field sobriety test, which he did and passed.

**ANSWER:**      Defendant admits Plaintiff was asked to participate in a field sobriety test and that he did so participate.  Defendant denies the remaining allegations contained in paragraph 11.

12.      The Plaintiff again asked the Defendant why he had to do these tests

**ANSWER:**      Defendant denies the allegations contained in paragraph 12.

13.    The Defendant arrested the Plaintiff.

**ANSWER:**    Defendant admits the allegations contained in paragraph 13 but denies the facts set forth by plaintiff are an accurate or complete account of the events.

14.    The Plaintiff Wayne Jackson also passed the breathalyzer test.

**ANSWER:**    Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

15.    Despite no probable cause or evidence of any impairment the defendant charges and arrested the plaintiff for driving under the influence (DUI).

**ANSWER:**    Defendant admits that plaintiff was arrested for, *inter alia*, driving under the influence.  Defendant denies the remaining allegations contained in paragraph 15.

16.    Said action of Defendant, P. O. Joe Dortha Parker, was intentional, willful and wanton.

**ANSWER:**    Defendant denies the allegations contained in paragraph 16.

17.    Said actions of the Defendant, P. O. Joe Dortha Parker, violated the Plaintiffs Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

**ANSWER:**    Defendant denies the allegations contained in paragraph 17.

18.    As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff Wayne Jackson, suffered violations of his constitutional rights, monetary expense, fear, emotional distress, and pain and suffering.

**ANSWER:**    Defendant denies the allegations contained in paragraph 18.

**WHEREFORE**, Defendant respectfully requests that judgment be entered in his favor and against Plaintiff on Plaintiff's sole count, Count I, for the costs of defending this suit, including attorney's fees and other such relief as the Court deems just and appropriate.

### DEFENSES, 12(b)(6) DEFENSES and AFFIRMATIVE DEFENSES

1.    Defendant is entitled to qualified immunity.  Defendant is a government official, namely a police officer, who performs discretionary functions.  At all times material to the

events alleged in Plaintiff's Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted Defendant could have believed the arrest was lawful in light of clearly established law and the information that Defendant possessed.  Therefore, Defendant is entitled to qualified immunity as a matter of law.

### JURY DEMAND

Defendant demands trial by jury.


Respectfully submitted,

 s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew R. Hader, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **DEFENDANT PARKER'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** to be sent via e-filing to the person(s) named in the foregoing Notice, a "Filing User" pursuant to Case Management /Electronic Case Files, on June 6, 2008, in accordance with the rules governing the electronic filing of documents.

 s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel
