IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WAYNE JACKSON, | ) | |
| | ) | Case No. 08 C 1958 |
| Plaintiff, | ) | |
| | ) | Judge Conlon |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| P.O. JOE DORTHA PARKER #17669, individually, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Gregory E. Kulis
 30 North LaSalle Street
 Suite 2140
 Chicago, IL  60602
 (312) 580-1830

PLEASE TAKE NOTICE that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT PARKER'S ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

DATED at Chicago, Illinois this 6th day of June, 2008.

 Respectfully Submitted,

  s/ Matthew R. Hader
 MATTHEW R. HADER
 Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330