# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1958 | **DATE** | 6/17/2008 |
| **CASE TITLE** | WAYNE JACKSON vs. JOE DORTHA PARKER | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by July 1, 2008. Plaintiff shall comply with FRCP 26(a)(2) by October 16, 2008; defendant shall comply with FRCP26(a)(2) by November 14, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on December 15, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions is set on January 13, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by January 5, 2009. The case is placed on the February trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|