**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WAYNE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1958 |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| P.O. JOE DORTHA PARKER #17669, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION

To: Counsel of record

PLEASE TAKE NOTICE that on May 7, 2009, I, John A. Ouska, Assistant State's Attorney, attorney for Respondents Anita Alvarez, Lawrence O'Reilly and David Navarro, hereby withdraw Respondents' "Motion to Quash Subpoenas for Production of Documents and Depositions of Assistant State's Attorneys" (Document Number 110), which was filed with the Clerk of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, on April 22, 2009. As of the date of this notice, the opposing party and/or counsel have not filed a response to said motion.

Anita Alvarez
State's Attorney of Cook County

By:

/s/ John A. Ouska
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6461
No. 3127573

## CERTIFICATE OF SERVICE

I , JOHN A. OUSKA, Assistant State's Attorney, hereby certify that the attached document was filed via the CM/ECF system in accordance with the Local Rules of the Northern District of Illinois on May 7, 2009.

/s/John A. Ouska
Assistant State's Attorney