# United States District Court
## Northern District of Illinois
### Eastern Division

WAYNE JACKSON

v.

JOE DORTHA PARKER

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 1958

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for defendant Joe Dortha Parker and against plaintiff Wayne Jackson.

Michael W. Dobbins, Clerk of Court

Date: 10/26/2009

/s/ Alberta Rone, Deputy Clerk